IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| GLADYCE M. MAAS, | ) |
| Plaintiff, | ) No. 08-122 EJM |
| vs. | ) ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

This matter is before the court on defendant's unresisted Motion to Remand, filed January 6, 2009. Granted.

Defendant seeks remand pursuant to sentence four of 42 USC §405(g) for further consideration. Plaintiff responds with no resistance.

Upon application and for cause, the motion shall be granted.

It is therefore

ORDERED

Granted. Reversed and remanded for further consideration in accordance herewith.

March 26, 2009.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT